UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY-JR. DOMINICK,<br><br>　　　Claimant,<br><br>　v.<br><br>DONALD J. TRUMP, et al.<br><br>　　　Defendants. | Case No. 19-mc-80292-KAW<br><br>**ORDER DENYING PETITION FOR DECLARATORY RELIEF, ENFORCEMENT OF TRUSTS, PROTECTION, AND FULL ACCOUNTING**<br><br>Re: Dkt. No. 1 |

Claimant Anthony-Jr. Dominick has filed this "Petition for Declaratory Relief Enforcement of Trusts, Protection and Full Accounting." (Dkt. No. 1 ("Petition".) Claimant seeks relief against Defendants Donald J. Trump and Steven T. Mnuchin for being in breach of various fiduciary duties, and seeks protection, a full accounting of assets held in trust by Defendants for Claimant's benefit, and any other relief due. (Petition ¶¶ 8-11, 15(a)-(c).)

Having reviewed the petition, the Court finds Claimant has not stated a cognizable claim for relief, and DENIES the petition. The Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated: December 20, 2019

　　　　　　　　　　　　　　　　　　　　　　／s／ Kandis Westmore
　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge